Caryn Geraghty Jorgensen, OSB No. 102500
Brett T. MacIntyre, OSB No. 190544
Samantha K. Pitsch, OSB No. 230755
caryn.jorgensen@stokeslaw.com
brett.macintyre@stokeslaw.com
samantha.pitsch@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000

Attorneys for Defendant Delta Air Lines, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANTONIO PETTYJOHNBLUE,<br><br>    Plaintiff,<br><br>  v.<br><br>DELTA AIR LINES, unknown DELTA SECURITY OFFICERS, JANNE DOW 1&2,<br><br>    Defendants. | Case No.: 3:25-cv-1020<br><br>DECLARATION OF SAMANTHA K. PITSCH RE: NOTICE OF REMOVAL OF CIVIL ACTION |

SAMANTHA K. PITSCH declares and says:

1.      I am an attorney at Stokes Lawrence, P.S., counsel of record for Delta Air Lines, Inc. in the above-captioned matter. I am over the age of 18. I am competent to testify. I make this declaration based on personal knowledge.

2.      Attached as **Exhibit A** is a copy of the Complaint in *Antonio PettyJohnBlue v. Delta Air Lines, Inc., et al,* Multnomah County Circuit Court, Cause No. 25CV24323.

3.      Attached as **Exhibit B** is a copy of the Certificate of Service dated April 23, 2025, which was mailed to "Delta Airlines Airport" in SeaTac, Washington.

4.   Defendant Delta Air Lines. Inc. is incorporated in the State of Delaware with its principal place of business in Atlanta, Georgia. See **Exhibit C** (Oregon Secretary of State Corporation Division entry for Delta Air Lines, Inc.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, WA this 13th day of June, 2025.

By:  /s/ *Samantha K. Pitsch*
     Samantha K. Pitsch (OSB #230755)

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

N/A

I further certify that a true and correct copy of the foregoing was served via e-mail to the following non-CM/ECF participant:

Antonio PettyJohnBlue
P.O. Box 20606
Portland, OR 97211
Antoniopjblue@gmail.com

DATED June 13, 2025.

        /s/ *Madelyne Garcia*
        Practice Assistant