# EXHIBIT B

FILED MULTNOMAH CO CIRCUIT CT
'25 APR 23 PM3:38

_Verified Correct Copy of Original 4/25/2025_

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF __Multnomah__

25CV24323

__Antonio petty John Blue__
Plaintiff

v.

__Delta airline Unknown Security__
Defendant

Case No: _____

**CERTIFICATE OF SERVICE**
(ORCP 7D(2))
☐ (a) Personal Service
☐ (b) Substitute Service
☐ (c) Office Service
☐ (d) Service by Mail

I, (name) __Antonio P J Blue__, declare that I am a resident of the state of __Oregon__. I am a competent person 18 years of age or older and not a party to or lawyer in this case. I certify that the person served is the person named below.

I served true copies of the original *Petition*, *Claim*, or *Complaint* and *Summons* (with attached notices of mediation and other information provided by the court clerk) and: *(name any additional forms served)* __Civil Suit__

by (check a, b, c, or d and complete all information):

(a) ☐ **Personal Service** on *(date)*_____, at _____ a.m./p.m., to
{☐ Plaintiff ☐ Defendant } _____ *(name)* in person at the following address _____ in the County of _____
_____, State of _____.

(b) ☐ **Substitute Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the following address _____
in the County of _____, State of _____. Delivered to *(name)*_____
_____, who is a person age 14 or older and who lives there.
(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(b). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)

☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant _____
_____(name), at the party's home address listed above, together with a statement of the date, time and place that the documents were hand-delivered to the party's dwelling (residence).

(c) ☐ **Office Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the office of the party to be served, located at: _____
_____ *(address)*, during normal working hours for that office, where I left the documents with _____ *(name)*, who is a person apparently in charge, to give the documents to the party to be served.

Certificate of Service
Page **1** of 2

(Aug 2019)

_Verified Correct Copy of Original 4/25/2025._

*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(c). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant *(name)* _____ _____, at the party's: ☐ home address at: _____ _____, **OR** ☐ business address above, together with a statement of the date, time and place that the documents were hand-delivered to the party's office.

(d) ☑ **Service by Mail, Return Receipt Requested** on *(date)* 4-23-2025, I personally deposited **two** true copies with the U.S. Postal Service. **One** by first class mail, and the **other** by certified or registered mail, Return Receipt Requested, or by express mail, postage paid, addressed to the party to be served: ☐ Plaintiff ☑ Defendant Delta Airlines Security *(name)*, at the party's home address located at: 17801 international blvd, SeaTac WA 98158 *(address). (NOTE: If mailed Return Receipt Requested, the return receipt must be attached to this Certificate of Service.)*

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

4-23-2025                                          *antonio p2Bher*
Date                                               Signature of Server

                                                   Antonio pettyJohnBlue
                                                   Print Name

*If person serving is NOT a sheriff or sheriff's deputy, address and phone number of server:*

_____

_____

Certificate of Service
Page **2** of 2                                                          *(Aug 2019)*



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Seattle, WA 98158   OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $____
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $0.73

Total Postage and Fees   $____

Postmark Here — APR 23 2025 — PARKROSE POST OFFICE / PORTLAND OREGON

Sent To: Delta Airlines Airport
Street and Apt. No., or PO Box No.: 17801 International Blvd
City, State, ZIP+4®: SeaTac, WA 98158

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**

PARKROSE
4048 NE 122ND AVE
PORTLAND, OR 97230-1335
(800)275-8777

04/23/2025                               01:30 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.73 |

  Seattle, WA 98158
  Weight: 0 lb 0.70 oz
  Estimated Delivery Date
    Sat 04/26/2025
  Certified Mail®                                $4.85
    Tracking #:
    9589 0710 5270 2914 8253 87
  Affixed Postage                               -$0.73
  Affixed Amount: $0.73

Total                                            $4.85

Cardinal #10 Env    2    $0.95                   $1.90

Grand Total:                                     $6.75

Credit Card Remit                                $6.75
  Card Name: VISA
  Account #: XXXXXXXXXXXX5659
  Approval #: 357198
  Transaction #: 672
  AID: A0000000031010            Chip
  AL: VISA CREDIT
  PIN: Not Required