# EXHIBIT C



## Business Name Search

| New Search | Printer Friendly | Business Entity Data | | 06-10-2025 12:26 |
|---|---|---|---|---|

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 016710-23 | FBC | ACT | DELAWARE | 03-24-1980 | 03-24-2026 | |
| Entity Name | DELTA AIR LINES, INC. | | | | | |
| Foreign Name | | | | | | |

| New Search | Printer Friendly | Associated Names | |
|---|---|---|---|

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 1030 DELTA BOULEVARD | | | |
| Addr 2 | DEPT 982 | | | |
| CSZ | ATLANTA | GA | 30354 | |
| | | Country | UNITED STATES OF AMERICA | |

Please click here for general information about registered agents and service of process.

| Type | AGT | REGISTERED AGENT | Start Date | 04-11-2002 | Resign Date | |
|---|---|---|---|---|---|---|
| Of Record | 158720-88 | CORPORATION SERVICE COMPANY | | | | |
| Addr 1 | 1127 BROADWAY STREET NE STE 310 | | | | | |
| Addr 2 | | | | | | |
| CSZ | SALEM | OR | 97301 | | | |
| | | | Country | UNITED STATES OF AMERICA | | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| Addr 1 | PO BOX 20574 | | | |
| Addr 2 | | | | |
| CSZ | ATLANTA | GA | 30320 | |
| | | Country | UNITED STATES OF AMERICA | |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | GLEN | W | HAUENSTEIN | | | |
| Addr 1 | 1030 DELTA BLVD | | | | | |
| Addr 2 | DEPT 982 | | | | | |
| CSZ | ATLANTA | GA | 30354 | | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | PETER | W | CARTER | | | |
| Addr 1 | 1030 DELTA BLVD | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Addr 2 | DEPT 982 | | | | |
| CSZ | ATLANTA | GA | 30354 | Country | UNITED STATES OF AMERICA |

## Name History

[New Search]     [Printer Friendly]

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| DELTA AIR LINES, INC. | EN | CUR | 03-24-1980 | |

Please read before ordering Copies.

## Summary History

[New Search]     [Printer Friendly]

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 📄 | AMENDED ANNUAL REPORT | 02-06-2025 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-21-2024 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-23-2023 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-15-2022 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-11-2021 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-07-2020 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-27-2019 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-23-2018 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-21-2017 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 02-24-2016 | | FI | | |
| | CHANGE OF REGISTERED AGENT/ADDRESS | 03-24-2015 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-09-2015 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-07-2014 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-23-2013 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-15-2012 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 03-04-2011 | | FI | | |
| | ANNUAL REPORT PAYMENT | 03-02-2010 | | SYS | | |

| | ANNUAL REPORT PAYMENT | 03-03-2009 | | SYS | | |
|---|---|---|---|---|---|---|
| | ANNUAL REPORT PAYMENT | 02-20-2008 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 03-02-2007 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 03-01-2006 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 03-15-2005 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 03-29-2004 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 03-25-2003 | | SYS | | |
| | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 06-21-2002 | | FI | | |
| | CHANGE OF REGISTERED AGENT/ADDRESS | 04-11-2002 | | FI | Agent | |
| | ANNUAL REPORT PAYMENT | 02-20-2002 | | SYS | | |
| | CHANGE OF REGISTERED AGENT/ADDRESS | 06-08-2001 | | FI | | |
| | ANNUAL REPORT PAYMENT | 03-06-2001 | | SYS | | |
| | STRAIGHT RENEWAL | 03-15-2000 | | FI | | |
| | STRAIGHT RENEWAL | 03-29-1999 | | FI | | |
| | STRAIGHT RENEWAL | 03-02-1998 | | FI | | |
| | CHANGED RENEWAL | 03-02-1998 | | FI | | |
| | STRAIGHT RENEWAL | 05-06-1997 | | FI | | |
| | STRAIGHT RENEWAL | 03-25-1996 | | FI | | |
| | CHANGED RENEWAL | 03-25-1996 | | FI | | |
| | AMENDED RENEWAL | 03-27-1995 | | FI | | |
| | AMENDED RENEWAL | 03-22-1994 | | FI | | |
| | STRAIGHT RENEWAL | 03-15-1993 | | FI | | |
| | AMENDED RENEWAL | 03-24-1992 | | FI | | |
| | AMENDED RENEWAL | 03-15-1991 | | FI | | |
| | STRAIGHT RENEWAL | 04-03-1990 | | FI | | |
| | AMENDED RENEWAL | 03-20-1989 | | FI | | |
| | [MERGER](#) | 08-23-1988 | | FI | | |
| | AMENDED RENEWAL | 02-26-1988 | | FI | | |
| | [MERGER](#) | 05-13-1987 | | FI | | |
| | STRAIGHT RENEWAL | 03-12-1987 | | FI | | |
| | STRAIGHT RENEWAL | 03-27-1986 | | FI | | |
| | STRAIGHT RENEWAL | 03-28-1985 | | FI | | |

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2025 Oregon Secretary of State. All Rights Reserved.