# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

ANTONIO PETTYJOHNBLUE, Plaintiff,

vs.

DELTA AIR LINES, INC., et al., Defendants.

Case No.: 3:25-cv-01020-YY

## PLAINTIFF'S NOTICE REGARDING EARLY FILING OF MOTION AND CLARIFICATION OF INTENT

COMES NOW Plaintiff, Antonio Pettyjohnblue, appearing pro se, and respectfully submits this Notice to clarify the early filing of a Motion to Compel previously submitted to this Court.

### I. CLARIFICATION

Plaintiff acknowledges that in communication with Defendant's counsel, he had indicated a ten (10) day window for the Defendant to respond to discovery or produce requested materials. Due to an oversight, Plaintiff filed the Motion to Compel before the expiration of the full 10-day period.

Plaintiff submits this notice in good faith and respectfully clarifies that the early filing was not intended to circumvent procedure or disregard the opportunity for informal resolution, but rather due to timing miscalculation on the part of a pro se litigant navigating a complex matter.

### II. CONTINUED GOOD FAITH

Plaintiff remains willing to confer with Defendant's counsel in a good faith effort to resolve the issue without the need for further Court intervention, should the requested material still be produced within a reasonable timeframe.

### III. REQUEST TO THE COURT

Plaintiff respectfully requests that the Court take this notice under consideration when reviewing the pending motion and permit Plaintiff to supplement or amend if necessary, consistent with FRCP 37(a).

Respectfully submitted,

*Antonio pettyJohnBlue*

7-9-2025