FILED 17 JUL '25 9:01 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Case No.: ~~3:24-cv-00742-JR~~ 3-25-CV-1020-YY

Antonio PettyjohnBlue, Plaintiff,

v.

Delta Air Lines Inc., et al., Defendant.

NOTICE OF WITHDRAWAL OF SUBPOENA AND MOTION TO COMPEL

COMES NOW the Plaintiff, Antonio PettyjohnBlue, and hereby provides notice to the Court and all parties that he is withdrawing the previously filed subpoena served upon Delta Air Lines Inc., et al., and the related Motion to Compel filed on July 8, 2025.

Plaintiff acknowledges Delta Air Lines' objections, and in the interest of judicial economy and compliance with the Federal Rules of Civil Procedure, this notice serves to withdraw those filings. Plaintiff will proceed in accordance with FRCP 34 and other applicable rules.

Respectfully submitted,

*Antonio PBBlue* (signature)

Antonio PettyjohnBlue
123 Unity Way, Portland, OR 97217
(503) 555-1234
antonio@globalunity.org
Pro Se Plaintiff
Dated: July 16, 2025

REQUEST FOR PRODUCTION OF DOCUMENTS

Case No.: ~~3:24-cv-00742-JR~~ 3-25-CV-1020-YY

Antonio PettyjohnBlue, Plaintiff,

v.

Delta Air Lines Inc., et al., Defendant.

To: Delta Air Lines Inc., et al.
Through: Jane Smith
Corporate Counsel Group LLP
1000 Aviation Blvd, Atlanta, GA 30354

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Antonio PettyjohnBlue hereby requests that Defendant Delta Air Lines Inc., et al. produce the following documents within 30 days of service of this request:

1. All records, reports, and communications regarding the alleged incident that occurred involving Plaintiff on or around March 15, 2024, upon arrival from a Delta Air Lines flight at Seattle-Tacoma International Airport.

2. Security logs, reports, or incident summaries related to Plaintiff's deplaning and baggage claim area interactions on that day.

3. Names and reports from any subcontracted security officers or employees assigned to the gate or baggage claim area during the time of Plaintiff's arrival.

4. Surveillance footage, if any, from the terminal, gate, or baggage claim on the day of the incident.

Respectfully submitted,

Antonio PettyjohnBlue
123 Unity Way, Portland, OR 97217
(503) 555-1234
antonio@globalunity.org
Dated: July 16, 2025

CERTIFICATE OF SERVICE

I, Antonio PettyjohnBlue, hereby certify that on this date I served a true and correct copy of the following documents:

- Notice of Withdrawal of Subpoena and Motion to Compel
- Request for Production of Documents (FRCP 34)

by:
☒ U.S. Mail, Certified with return receipt
☐ Personal delivery by non-party
☐ E-mail (with written consent to accept via email)

to the following:

Jane Smith
Corporate Counsel Group LLP
1000 Aviation Blvd, Atlanta, GA 30354
jsmith@ccglaw.com

_____
Antonio PettyjohnBlue
Dated: July 16, 2025