Caryn Geraghty Jorgensen, OSB No. 102500
Brett T. MacIntyre, OSB No. 190544
Samantha K. Pitsch, OSB No. 230755
caryn.jorgensen@stokeslaw.com
brett.macintyre@stokeslaw.com
samantha.pitsch@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000

Attorneys for Defendant Delta Air Lines, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANTONIO PETTYJOHNBLUE,<br><br>        Plaintiff,<br>v.<br><br>DELTA AIR LINES, unknown DELTA SECURITY OFFICERS, JANNE DOW 1&2,<br><br>        Defendants. | Case No.: 3:25-cv-01020-YY<br><br>DELTA AIR LINES, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

**DELTA AIR LINES, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Delta Air Lines, Inc. ("Delta") respectfully requests leave to file the attached surreply to Plaintiff's reply, Dkt. #32, in support of his motion for leave to file a second amended complaint, Dkt. #27. Compelling reasons support the filing of this surreply as it addresses the new arguments Plaintiff raised for the first time in his reply. Delta attaches its proposed surreply as Exhibit A to this motion.

DELTA AIR LINES, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

### III. CERTIFICATION OF WORD COUNT

This motion complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 87 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

DATED this 11th day of September 2025.

        STOKES LAWRENCE, P.S.

By: */s/ Samantha K. Pitsch*
    Caryn Geraghty Jorgensen (OSB #102500)
    Brett T. MacIntyre (OSB #190544)
    Samantha K. Pitsch (OSB #230755)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Fax: (206) 464-1496
    E-mail: caryn.jorgensen@stokeslaw.com
    E-mail: brett.macintyre@stokeslaw.com
    E-mail: samantha.pitsch@stokeslaw.com

*Attorneys for Defendant Delta Air Lines, Inc.*

DELTA AIR LINES, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

N/A

I further certify that a true and correct copy of the foregoing was served via e-mail to the following non-CM/ECF participant:

Antonio PettyJohnBlue
P.O. Box 20606
Portland, OR 97211
Antoniopjblue@gmail.com


DATED September 11, 2025.

                                      */s/ Madelyne Garcia*
                                      Practice Assistant

DELTA AIR LINES, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 3

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000