FILED 22 SEP '25 8:21 USDC-ORP

# COVER PAGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

**Antonio PettyjohnBlue,**
Plaintiff,

v.

**Delta Air Lines, Inc., et al.,**
Defendants.

Case No.: 3:25-cv-01020-YY

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY**

**Pro Se Filing**

Dated: September 22, 2025

---

# TABLE OF CONTENTS

1. Cover Page
2. Table of Contents
3. Plaintiff's Objection to Defendant's Motion for Leave to File Surreply
4. Notice of Non-Opposition / Reservation of Rights
5. Certificate of Service

---

# 1. PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY

**Plaintiff Antonio PettyjohnBlue** respectfully objects to Defendant Delta Air Lines, Inc.'s Motion for Leave to File a Surreply (Dkt. 34).

**1. Surreplies are disfavored under Federal and Local Rules.**

* Neither the Federal Rules of Civil Procedure nor the District of Oregon Local Rules provide for surreplies as a matter of right.

  * *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 n.3 (9th Cir. 2004) (district court may disregard arguments first raised in a reply brief).
  * *Hill v. England*, No. CV-F-05-869 REC/TAG, 2005 WL 3031136, at \*1 (E.D. Cal. Nov. 8, 2005) (surreplies "highly disfavored").

**2. Plaintiff did not raise new arguments.**
Defendant contends Plaintiff raised new arguments regarding the meet-and-confer requirement in his reply. Plaintiff clarified his position in response to Defendant's opposition, and Defendant already had the opportunity to address the issue. A surreply is unnecessary simply because Defendant disagrees.

**3. Allowing a surreply would cause undue delay.**

* Rule 15(a)(2), Fed. R. Civ. P., directs that leave to amend should be "freely given when justice so requires."
* Ninth Circuit applies this liberally. *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).
* Defendant's request is a procedural tactic that delays resolution on the merits.

**Conclusion**
Plaintiff respectfully requests that the Court **deny Defendant's Motion for Leave to File a Surreply** and proceed to rule on Plaintiff's pending Motion for Leave to File a Second Amended Complaint.

**Respectfully submitted,**
Antonio PettyjohnBlue, Pro Se
P.O. Box 20606
Portland, OR 97211
Email: [Antoniopjblue@gmail.com](mailto:Antoniopjblue@gmail.com)

Dated: September 22, 2025

---

# 2. NOTICE OF NON-OPPOSITION / RESERVATION OF RIGHTS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

Case No.: 3:25-cv-01020-YY

**NOTICE OF NON-OPPOSITION / RESERVATION OF RIGHTS**

Plaintiff Antonio PettyjohnBlue hereby notifies the Court that:

1. If the Court grants Defendant Delta Air Lines leave to file a surreply, Plaintiff does **not oppose** the filing.
2. Plaintiff reserves the right to respond to any **new arguments or evidence** raised in the surreply, per the Court's discretion.
3. Plaintiff maintains that the liberal standard of Rule 15(a)(2), Fed. R. Civ. P., favors granting leave to file the Second Amended Complaint.

**Respectfully submitted,**
Antonio PettyjohnBlue, Pro Se
P.O. Box 20606
Portland, OR 97211
Email: [Antoniopjblue@gmail.com](mailto:Antoniopjblue@gmail.com)

Dated: September 22, 2025

---

# 3. CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **Plaintiff's Objection to Defendant's Motion for Leave to File Surreply** and **Notice of Non-Opposition / Reservation of Rights** was served via **email** to:

Caryn Geraghty Jorgensen –
[caryn.jorgensen@stokeslaw.com](mailto:caryn.jorgensen@stokeslaw.com)
Brett T. MacIntyre – [brett.macintyre@stokeslaw.com](mailto:brett.macintyre@stokeslaw.com)
Samantha K. Pitsch –
[samantha.pitsch@stokeslaw.com](mailto:samantha.pitsch@stokeslaw.com)

and via **U.S. Mail** to:
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393

Dated: September 22, 2025

/s/ Antonio PettyjohnBlue
Antonio PettyjohnBlue, Pro Se