Name: Antonio pettyJohnBlue
Address: PO Box 20606
Portland OR 97211
Phone: 971-509-8170

FILED 20 OCT '25 9:27 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISON

Antonio pettyJohnBlue
            Plaintiff(s),

Case No: 3:25-CV-01020-YY

vs.

Delta Airlines, Inc, And unknown law Enforcement officers
            Defendant(s).

motion to transfer venue

Dated: 10-20-2025      Signature: antonio PBlue

/s/ Antonio PettyJohnBlue
Plaintiff, Pro Se

## EXECUTIVE SUMMARY / COVER PAGE

Plaintiff Antonio PettyJohnBlue respectfully submits this Motion to Transfer Venue to the Western District of Washington under 28 U.S.C. §§ 1406(a) and 1631. This action arises from an unlawful detention and K-9 search that occurred at Seattle–Tacoma International Airport (SEA) on April 15, 2025, following Plaintiff's arrival on Air France Flight 3622 from Paris and while connecting to SkyWest/Delta Connection Flight AF 8629 to Portland. Plaintiff was detained and searched by police officers with K-9 units without probable cause.

Plaintiff is the Founder, Director, and CEO of The Global Unity Network, a 501(c)(3) nonprofit organization focused on community outreach, violence prevention, and public safety partnerships. Plaintiff is recognized by local officers and civic leaders as a 'Community Guardian' for his contributions to community welfare.

Plaintiff's ongoing professional work in Washington includes serving as A&R and talent coordinator for the West Coast Hip Hop Awards, held annually in Seattle at the Great American Casino, where he was awarded West Coast Singer of the Year. These activities demonstrate purposeful business and civic ties to Washington State, establishing proper jurisdiction and venue.

Accordingly, Plaintiff seeks transfer of this matter to the Western District of Washington (Seattle Division) for adjudication on the merits.

## MOTION TO TRANSFER VENUE & MEMORANDUM OF LAW

Plaintiff moves under 28 U.S.C. §§ 1406(a) and 1631 for transfer to the Western District of Washington. The alleged constitutional violations occurred exclusively within the State of Washington at SEA Airport. Under Ford Motor Co. v. Montana Eighth Jud. Dist. Ct., 592 U.S. 351 (2021) and International Shoe Co. v. Washington, 326 U.S. 310 (1945), venue is proper where substantial events occurred. Delta operates in Washington and employs agents and security contractors there.

The interests of justice require transfer rather than dismissal. Goldlawr, Inc. v. Heiman, 369 U.S. 463 (1962). Federal courts favor transfer when dismissal would prejudice a pro se litigant acting in good faith. See Cruz-Aguilera v. INS, 245 F.3d 1070 (9th Cir. 2001). Plaintiff timely filed, attempted service, and complied with the Federal Rules of Civil Procedure.